Jeffrey Edward EVERETT, Respondent,

v.

**DIRECTOR OF REVENUE, Appellant.**

No. 74268.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 23, 1999.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, MO, for appellant.

Kevin Robert Kelly, Hazelwood, MO, for respondent.

Before PAUL J. SIMON, P.J., and KATHIANNE KNAUP CRANE and LAWRENCE E. MOONEY, JJ.

### ORDER

PER CURIAM.

The Director of Revenue (Director) appeals the circuit court's judgment reinstating the driving privileges of Jeffrey Edward Everett (Everett) after the Director had suspended them pursuant to section 302.505, RSMoCum.Supp.1997, following Everett's arrest for driving while intoxicated. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that no error of law appears. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b). A memorandum solely for the use of the parties has been provided explaining the reasons for our decision.

Steven R. ROLLINS, Movant/Appellant,

v.

**STATE of Missouri,**
**Respondent/Respondent.**

No. 73985.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 23, 1999.

Paul Yarns, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kenneth P. Ferguson, Assistant Attorney General, Jefferson City, for respondent.

Before PAUL J. SIMON, P.J., KATHIANNE KNAUP CRANE, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Steven R. Rollins (movant) files this appeal from the circuit court's judgment denying his Rule 24.035 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).